708

Fourth Circuit granted. *Assistant Attorney General Youngquist, Helen R. Carloss,* and *Messrs. J. Louis Monarch, Clarence M. Charest,* and *Prew Savoy* for petitioner. *Messrs. Charles McH. Howard* and *Harry N. Baetjer* for respondent.

No. 581. URAVIC, ADMINISTRATRIX, *v.* F. JARKA Co., INC., ET AL. March 3, 1930. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Vernon S. Jones* and *Paul C. Matthews* for petitioner. *Mr. Ernie Adamson* for respondents.

No. 589. GRAHAM AND FOSTER, COPARTNERS, *v.* GOODCELL, FORMER COLLECTOR. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John E. Hughes* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *J. Louis Monarch* for respondent.

No. 650. ENSTEN ET AL. *v.* SIMON ASCHER & Co., INC. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. O. Ellery Edwards* for petitioners. No appearance for respondent.

No. 617. LANGNES *v.* GREEN. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Ira Bronson* and *H. B. Jones* for petitioner. *Messrs. Winter S. Martin* and *Samuel B. Bassett* for respondent.